IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA GAYNELL HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 1:22-CV-571-RAH |
| MARTIN J. O'MALLEY, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

On March 5, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 22.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 22) is ADOPTED.

2. The Plaintiff's Motion for Summary Judgment (Doc. 16) is DENIED;

3. The Commissioner's Motion for Summary Judgment (Doc. 19) is GRANTED;

4. The Commissioner's decision is AFFIRMED.

DONE, on this the 25th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE